448 A.2d 1173

Commonwealth v. Richardson, Appellant.
Petition for Allowance of Appeal Denied Nov. 3, 1982.

Argued June 22, 1981.  Bruce D. Foreman, for appellant; William A. Behe, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.